UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ANTHONY CRUZ,<br><br>                Defendants. | 89-CR-346 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is a motion from Defendant, (dkt. no. 846). The Court is informed that Defendant was released on January 18, 2017. Accordingly, the motion is denied as moot. The Clerk of the Court is directed to close dkt. no. 846.

**SO ORDERED.**

Dated:    New York, New York
           April 16, 2025

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge